

One US Bank Plaza
St. Louis, MO 63101

314 552 6000 main
314 552 7000 fax
thompsoncoburn.com

**Jason A. Wheeler**
314 552 6458  direct
jwheeler@thompsoncoburn.com

January 30, 2025



**VIA ECF AND E-MAIL**

Honorable Katherine Polk Failla
United States District for the Southern District of New York
Thurgood Marshall United States Courthouse, Courtroom 618
40 Foley Square
New York, New York 10007
Failla_NYSDChambers@nysd.uscourts.gov

Re:   **Darin Edwin Pape v. Bodum U.S.A., Inc.**, Case No. 1:23-cv-08401-KPF
      **Joint Request To Adjourn Pre-Trial Conference or, Alternatively, to Participate in the Conference Remotely**

Dear Judge Failla:

Pursuant to the Court's September 19, 2024, Civil Case Management Plan and Scheduling Order (ECF No. 27), the parties are scheduled to appear on February 5, 2025, for a Pre-Trial Conference in the above-captioned matter. Defendant Bodum U.S.A., Inc. intends to seek leave to file a combined motion for summary judgment and to exclude Plaintiff's expert witness, Ms. Mingxi Zheng, pursuant to Fed. R. Evid. 702 after the close of discovery on March 10, 2025. Although Plaintiff opposes Bodum's request and any subsequent dispositive motion, the parties respectfully move the Court to adjourn the Pre-Trial Conference until any such dispositive motion, if permitted, is resolved.

If the Court wishes to proceed with the Pre-Trial Conference on February 5, 2025, the parties respectfully request that they be permitted to participate in the conference remotely. Plaintiff's lead counsel, Adam Kress, is located in Saint Paul, Minnesota, and Bodum's lead counsel, Jason Wheeler, is in St. Louis, Missouri. Counsel for both parties agree that the travel costs associated with their attendance at the Conference in person would be an impediment to the ultimate resolution of the case.

January 30, 2025
Page 2

Respectfully submitted,

  /s/ Adam J. Kress
Adam J. Kress
Johnson Becker PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
612.436.1908/telephone
612.436.1801/facsimile
akress@johnsonbecker.com

and

Randi Alyson Kassan
Milberg Coleman Bryson Phillips Grossman
100 Garden City Plaza, Suite 500
Garden City, MY 11530
516.741.5600/telephone
516.741.0128/facsimile
rkassan@milberg.com

*Counsel for Plaintiff*

Respectfully submitted,

  /s/ Jason A. Wheeler
Jason A. Wheeler
Thompson Coburn LLP
One USBank Plaza
St. Louis, MO 63101
314.552.6458/telephone
314.552.7000/facsimile
jwheeler@thompsoncoburn.com

*Counsel for Defendant Bodum U.S.A., Inc.*

```
The parties' request to ADJOURN the conference scheduled for
February 5, 2025, is GRANTED.

The Court will issue an order referring the parties to Magistrate
Judge Stewart D. Aaron for a settlement conference, as requested
in the parties' joint status report (Dkt. #28) and correspondence
with the Court.

The Clerk of Court is directed to terminate the pending motion at
docket entry 29.

Dated:    January 31, 2025          SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE