# EXHIBIT C



**BERKELEY ENGINEERING AND RESEARCH, INC.**

808 Gilman Street
Berkeley, CA 94710
Tel: 510-549-3300
Fax: 510-962-8230
www.bearinc.com

# Expert Report

In Reference to:

Case #24-6165 Pape vs. Bodum

January 23, 2025

By Mingxi Zheng, M.S., P.E.

Submitted to:

Adam Kress
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
Saint Paul, MN 55101

## Contents

I.    Introduction .................................................................................................................... 3

II.   Qualifications ................................................................................................................. 3

III.  Documents and Items Reviewed ................................................................................. 4

IV.   Analysis ......................................................................................................................... 4

V.    Conclusions ................................................................................................................. 13

## I.  Introduction

On the morning of October 4, 2021, Darin Pape went through his usual weekday routine of making coffee using his Bodum French Press.  He started by grinding up beans from a local coffee shop in his Bodum grinder and started boiling water on the stove.  Once the water came to a boil, he let it cool for a few minutes.  Mr. Pape added the ground coffee beans to the French press and poured the hot water into the press.  He set a timer for four minutes to allow the mixture to steep.  Once the timer went off, Mr. Pape pushed down on the plunger.  As he pushed, he felt something give, and the French press shattered sending hot coffee onto the counter, floor, and Mr. Pape's abdomen.  His wife took him to the ER where he was treated for second degree burns.

I have reviewed the documents provided and the evidence to produce this report.  Based on my observations through joint inspections, similar incidents, and additional research concerning glass failure, the subject product failed and is defective because of a manufacturing defect which allowed air bubbles to form within the glass carafe, compromising its performance.  Additionally, the design allowed direct contact between the glass carafe and the stainless-steel components of the plunger that created mechanical pressure onto the weakened carafe. This, along with thermal stress from normal use of the French press, allowed the product to ultimately fail.  A proper quality control process would have prevented this product from entering the market.

## II. Qualifications

In summary, Ms. Zheng has 8 years of experience in the general field of materials science, mechanical engineering design, metallurgy, failure analysis and materials characterization. At her previous engineering roles, she has spent time in both active manufacturing environments and R&D phase companies developing new technologies. Her expertise includes experience in both metal and polymeric additive manufacturing, aerospace materials testing and analysis at SpaceX and Virgin Orbit, polymeric materials development at Carbon Inc. and 4 years of general consulting in failure analysis, materials characterization, product design and development. She has developed original standards, processes, and specifications in the positions she has held.

Ms. Zheng received a Bachelor of Science degree in Materials Science and Engineering from University of California, Berkeley, and a Master of Science degree in Materials Science and Engineering from the University of California, Berkeley in 2015 and 2016 respectively. She is a Registered Professional Engineer in the State of California and a member of the American Society of Mechanical Engineers. At BEAR, Ms. Zheng specializes in a variety of engineering topics, including mechanical testing, design, characterization, new materials development, failure analysis, failure mode and effect analysis (FMEA), design of experiment (DOE), R&D to production transitions, quality and reliability, process development, systems engineering and technical program management.

Ms. Zheng is currently employed by and is an engineer at Berkeley Engineering And Research, Inc. (BEAR).  For her time, BEAR charges $200 per hour for engineering work and $350 per hour for deposition and testimony, plus reimbursement for materials for testing, travel, and other out-of-pocket expenses.

## III.    Documents and Items Reviewed

- Subject Bodum French Press

- Complaint

- Defendant's Answer to Plaintiff's Complaint

- Evidence Photos

- Exhibit A – CPSC Recall

- At the time of this report, Mr. Pape's deposition has not been taken.  I reserve the right to supplement this disclosure based on Mr. Pape's testimony.

## IV.    Analysis

### Joint Inspection Overview

The subject Bodum French Press was received as shown below in Figure 1(a), with a piece missing and covered in coffee grounds.  A plunger assembly with coffee ground residue was also produced, shown in Figure 1(b).  A joint inspection of the evidence was held at Exponent's Menlo Park office on July 23, 2024.  During this inspection, the subject carafe was cleaned of the coffee grounds for easier inspection of the glass and fracture surface. The cleaned carafe is shown in Figure 2, annotated for the analysis contained within this report.



(a)                              (b)

*Figure 1: (a) The subject carafe, as received.  (b) the subject plunger assembly, as received.*



*Figure 2: The subject carafe, after cleaning and annotated for reference.*

During the inspection, the handle was cut off from the carafe section, per agreement of the parties, to allow for easier imaging of the fracture surface. The red product sticker seen in the bottom left of Figure 2 was also removed. The carafe was documented using cameras and the Keyence Digital Microscope.

## Evidence of thermal stress

Glass failures from thermal stresses result in crack patterns with little to no branching. [1] Additionally, thermal stresses result in cracks that form (near) 90° angles with both the edge and the surface of the glass. [2] Both of these characteristics are evident in the subject carafe.

---

[1] Quinn, G. (2020), NIST Recommended Practice Guide: Fractography of Ceramics and Glasses, 3rd edition, Special Publication (NIST SP), National Institute of Standards and Technology, Gaithersburg, MD, [online], https://doi.org/10.6028/NIST.SP.960-16e3. Page 4-39.

[2] Vitro Architectural Glass. (2020). Glass Technical Document, TD-110. https://www.vitroglazings.com/media/d4wbnqbh/vitro-td-110.pdf

## Keyence imaging overview

Figure 3 is a Keyence image of the section B-C from Figure 2, with location B on the right side of the image.  Wallner lines point towards a crack origin at the inner surface of point B.  A close up of point B in Figure 4 shows some twist hackle marks on the outer diameter, which indicate an origin on the inner diameter (like the Wallner lines) but without a clear point of origin.[3] Figure 4 also reveals a prominent hackle on the corner of point B, which indicates crack propagation coming from the corner, which was difficult to image and view easily due to the geometry of the crack.



*Figure 3: Keyence stitch image of section B-C, with the inner surface shown on the bottom.*



*Figure 4: Detail of location B, highlighting hackle lines.*

---

[3] As defined by ASTM C1256 – Standard Practice for Interpreting Glass Fracture Surface Features: Wallner lines are rib-shaped marks that indicate propagation direction (perpendicular to the Wallner lines), which proceed from the concave to the convex side of the line.  They are produced when the plane of the propagating crack front is temporarily altered by an elastic pulse.  Hackle lines are lines parallel to the direction of crack propagation that form when a propagating fracture front becomes discontinuous so that it proceeds on different planes which propagate laterally to intersect one another.  They separate portions of the crack surface that are parallel but not on the same plane.

Imaging the area between points B and A, in that direction, more hackle lines are observed, but with the lines pointing towards crack origins on the outer diameter, seen in Figure 5. These all appear to be twist hackles again. Following the crack upwards, we reach point A, which is shown in Figure 6.



*Figure 5: Detail of an area between locations B and A, from left to right.*

Figure 6 reveals a crack origin located within the body of the glass, in the form of a bubble. Upon closer observation, there are a few other bubbles observable in this area. Further observation of the top lip of the carafe reveals many air bubbles within the glass, such as at location D shown in Figure 7 and 8.



*Figure 6: Detail of location A, which shows the presence of air bubbles.  An air bubble was a crack initiation site for this failure.*



*Figure 7: Detail of location D, showing the presence of air bubbles throughout the lip of the carafe.*



Magnification: X10.0                                                    2.5mm

*Figure 8: Additional view of the carafe lip, showing numerous air bubbles trapped in the glass.*

**The glass carafe is defective due to the presence of air bubbles present in the glass.  This is more likely than not a manufacturing defect.**

Figure 6, 7, and 8 all showcase a manufacturing defect present in the subject glass carafe. Air bubbles such as these compromise the integrity of the glass and degrade its overall performance under normal use.  Such imperfections would also make glass more sensitive to thermal changes, like those experienced in this case.  The fact that this carafe was able to make it into the hands of a consumer also indicates a poor quality-control (QC) process by Bodum, as a product with such defects should not be sold or in the market.

Air or gas bubbles can remain trapped within glass during the manufacturing process when molten glass is not properly fined during the melt process.  Melting is generally the second step of the glass manufacturing process after raw materials are mixed and batched.  Figure 9, reproduced from the United States Environmental Protection Agency (EPA)'s AP-42, provides a general overview of the glass making process.  The output from the melting furnace is what is used for forming products, such as class carafes.  Figure 10 shows additional detail of what occurs in the melting furnace.  Bubbles naturally form as a part of this process but need to be removed to achieve a homogeneous melt for forming.  As highlighted in Figure 10, there is a primary fining and a secondary fining step (refining) in which impurities, including air bubbles, are supposed to be separated and removed from the glass melt.  This is done by maintaining proper temperature and viscosity to allow the bubbles to rise to the upper surface of the melt which is later separated out, and using fining agents which assist in removing bubbles. If these steps aren't properly performed, air bubbles will stay in the glass melt that is sent to forming.  In the case of this French press, something, more likely than not, went wrong in this step of the process and allowed bubbles to remain.



Figure 11.15-1.  Typical glass manufacturing process.

*Figure 9: Reproduction from AP-42, Section 11-15, October 1986.*



*Figure 10: Overview of a generic melt furnace with the secondary fining step highlighted in red.  In this step, bubbles should be removed so that the resulting glass melt is homogenous and free of inclusions.[4]*

---

[4] Hubert, Mathieu. "Lecture 2: Melting and Fining processes in industrial glass furnaces." IMI-NFG Course on Processing in Glass Spring 2015, Lehigh University. Lecture.

As noted in Figure 9, after the glass is formed and finished, there is typically an inspection and testing step, otherwise known as quality control, before products are packaged and shipped. The American Society of Quality (ASQ) defines "inspection" as: "the process of measuring, examining, and testing to gauge one or more characteristics of a product or service and the comparison of these with specific requirements to determine conformity."[5] This step ensures that non-conforming or defective products are not shipped or sold. Defects, such as air bubbles, should be caught at this step. I have not reviewed any documents from Bodum to define their product requirements, but for a borosilicate glass product, bubbles are generally considered a non-conformity as they are known to compromise the integrity and performance of the glass. If Bodum had a proper inspection and quality control process in place, this would be the step where the subject French press should have been removed from the manufacturing line. Due to the nature of glass, non-conforming pieces can be returned to the beginning of the process to be recycled, depending on the process.

### The plunger creates an axisymmetric radial loading condition onto the carafe, which puts areas in local bending, creating areas of tension.

The plunger applies mechanical stress to the carafe during normal use. The carafe is subject to loading from the force of the plunger components pushing outwards against the carafe, creating an axisymmetric radial load. Depending on the speed of depression by the user, the compression of the liquid can create additional radial pressure onto the carafe. These two mechanical conditions combined mean that a bending condition is created at the location where the plunger and the carafe are in contact with each other. At these localized areas, there is tension from bending. Glass in general is vulnerable to tension loading, and even more so when there are localized defects that act as stress concentrators, such as bubbles or scratches to name a few.

### The all-stainless steel plunger component is defective in that the design allows for extra pressure from the protruding coils and exposes the glass to a sharp edge that can scratch the inner surface of the glass carafe.

Inspection of the subject plunger shows that there is an anomaly in the coil that extends beyond the implied design circumference, seen in Figure 11. This results in a sharp corner of steel wire sticking out and expanding the effective circumference of the plunger.[6] Since the plunger is already a snug fit within the diameter of the carafe, this expanded circumference means that this coil is pushing (itself and also the filter plate) with extra force in a localized area against the internal surface of the carafe. This extra pressure, along with the air bubbles weakening the carafe's strength overall, and the thermal stresses from normal use, more likely than not led to the failure of the carafe.

An image of a replacement part from the Bodum website also shows a product where the end of the steel wire protrudes outward, indicating that this is the normal presentation of this part.

---

[5] https://asq.org/quality-resources/quality-assurance-vs-control
[6] This is the third Bodum French press plunger involved in litigation that I have observed with this design defect.

This is shown in Figure 12.  In function, this is a design defect in that this creates extra pressure against the inside of the class carafe and introduces damage risk from the exposure of a sharp object to the inside surface.  It appears that there is protruding material because extra length was used in the coil to ensure that the coil encompassed the entire circumference of the plate.  Since the protruding coil end is present on the product page image, the only reason that this could exist is either because it is in the product design and specification or is a manufacturing byproduct.  Either way, this shows a lack of attention to detail by Bodum as it creates compromising contact between the glass and a sharp metal object.



*Figure 11: Detail of the plunger assembly showing the protruding wire, highlighted by the arrow.*



*Figure 12: Image of a replacement spiral plate from the Bodum website that also shows a protruding wire end, highlighted by the arrow.*

## V.    Conclusions

These opinions and conclusions are stated within a reasonable degree of engineering certainty based on currently available information and are subject to change if and when additional information becomes available.

- The subject French press failed as result of defective glass and a combination of mechanical and thermal stresses.

- The subject French press is defective and failed due to air bubbles present within the glass carafe.  At least one of these air bubbles was a crack initiation site for this failure.  These air bubbles are, more likely than not, a manufacturing defect from the manufacturing process.

- The subject French press failed due to thermal stress as indicated by the 90-degree angles of the fracture pattern and minimal branching of cracks.

- The subject French press failed due to mechanical stresses exerted on it by the plunger.

- The subject French press is defective in that the plunger design includes a metallic plate with a protruding stainless-steel wire that exposed the inside of the glass carafe to asymmetrical pressure from the plunger, and to a sharp metal edge that could compromise the glass.

- A proper quality control process would have prevented this accident by properly identifying the defective carafe and removing it from sale.  Quality control inspections are standard after forming and before shipping and sale of a product in glass manufacturing.  This defect was visually simple to detect.

- These defects directly relate to and caused the injuries experienced by Mr. Pape.

END OF REPORT.